1  GALIA A. PHILLIPS - #250551
   1300 Clay Street, Suite 600
2  Oakland, CA 94612
   Telephone: (415) 269-4553
3  Facsimile:  (510) 464-8001

4  Attorney for Defendant
   HUAMIN WU MEI

5

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                       SAN FRANCISCO DIVISION

10

| 11 | UNITED STATES OF AMERICA, | Case No. 3:10-cr 00565-JSW |
|---|---|---|
| 12 | Plaintiff, | |
| 13 | v. | STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE |
| 14 | HUAMIN WU MEI, | Judge:    Judge Jeffrey S. White |
| 15 | Defendant. | Date Indictment Filed: July 22, 2010 |

16

17

18

19

20

21

22

23

24

25

26

27

28

## I. STIPULATION

Ms. Mei assists with her husband's business, M and L Building Supply. As a result, the parties agree that Ms. Mei's conditions of release should be modified as follows:

Defendant is not required to seek employment for the period that she continues to assist her husband in his business, M and L Building Supply.

U.S. Pre-Trial Services Officer In Charge, Betty Kim, approves of this modification.

It is so stipulated.

Dated: August 17, 2010

By: /s/Galia Amram Phillips
GALIA A. PHILLIPS
Attorney for Defendant
HUAMIN WU MEI

Dated: August 17, 2010

By: /s/Deborah Douglas
DEBORAH DOUGLAS
Assistant United States Attorney

## II. ORDER

GOOD CAUSE APPPEARING, the conditions of release for defendant Mei are modified as follows:

Defendant is not required to seek employment for the period that she continues to assist her husband in his business, M and L Building Supply.

In all other respects, this Court's previous order setting conditions of release remains in full force and effect.

IT IS SO ORDERED.

Dated: August 26, 2010

ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
/s/ Elizabeth D. Laporte
Judge Elizabeth D. Laporte