1  GALIA A. PHILLIPS - #250551
   1300 Clay Street, Suite 600
2  Oakland, CA 94612
   Telephone: (415) 269-4553
3  Facsimile:  (510) 464-8001

4  Attorney for Defendant
   HUAMIN WU MEI
5

6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9                 SAN FRANCISCO DIVISION

10                                              JSW

11  UNITED STATES OF AMERICA,       Case No. 3:10-cr 00565 (EJL)

12                 Plaintiff,

                                    STIPULATION AND [PROPOSED] ORDER
13       v.                         MODIFYING CONDITIONS OF RELEASE

14  HUAMIN WU MEI,

15                 Defendant.

16

17

18
                    I.    STIPULATION
19
       Defendant Huamin Wu Mei ("Mei") would like to travel outside the Northern District of
20
California in order to vacation in Los Angeles, CA with her sister from August 20, 2011 to
21
August 27, 2011.  Neither Mei's pre-trial services officer, Paul Mamaril, nor Assistant United
22
States Attorney, Deborah Douglas, object.  The parties therefore agree that the bond conditions
23
for Mei should be modified as follows:
24
       Defendant Huamin Mei may not travel outside the Northern District of California except
25
from August 20, 2011 to August 27, 2011 when she may travel to the Central District of
26
California.
27
       It is so stipulated.
28

---

STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE
CASE NO. 3:10-cr 00565-JSW

495929.01

1

2  Dated: August 8, 2011

3

4                                        By: */s/*
                                              GALIA A. PHILLIPS
5                                             Attorney for Defendant
                                              HUAMIN WU MEI
6  Dated: August 8, 2011

7

8                                        By: */s/*
                                              DEBORAH DOUGLAS
9                                             Assistant United States Attorney

10                            **II.    ORDER**

11       GOOD CAUSE APPPEARING, the defendant's conditions of release are modified as

12  follows: Defendant Huamin Mei may not travel outside the Northern District of California

13  except from August 20, 2011 to August 27, 2011 when she may travel to the Central District of

14  California.

15       In all other respects, this Court's previous orders setting conditions of release remains in

16  full force and effect.

17       IT IS SO ORDERED.

18       Dated: August 11, 2011                    _____
                                                   ELIZABETH D. LAPORTE
19                                                 UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

---

1

STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE
CASE NO. 3:10-cr 00565-JSW

495929.01