GALIA A. PHILLIPS - #250551
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone: (415) 269-4553
Facsimile:  (510) 464-8001

Attorney for Defendant
HUAMIN WU MEI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>     v.<br><br>HUAMIN WU MEI,<br><br>                              Defendant. | Case No. 3:10-cr 00565 (LB)<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE |

**I.        STIPULATION**

On Friday, August 5, 2011, the Court ordered the parties to appear at a further settlement conference scheduled for August 25, 2011.  Counsel for Ms. Mei is out of the country on that date.  The parties therefore respectfully request that the settlement conference for Huamin Mei be continued to either anytime on September 12, 2011 or in the afternoon of September 13, 2011. If this matter is resolved, the parties will request that the settlement conference be cancelled. The parties further agree to file updated settlement conference statements on September 7, 2011.

It is so stipulated.

Dated:  August 8, 2011

By: /s/_____
GALIA A. PHILLIPS
Attorney for Defendant
HUAMIN WU MEI

Dated:  August 8, 2011

By: /s/_____
DEBORAH DOUGLAS
Assistant United States Attorney

## II.     ORDER

IT IS ORDERED that the settlement conference for Defendant Huamin Mei currently set for August 25, 2011 at 2:30 pm is continued to September 22, 2011 at 1:30 p.m.  The parties are ordered to submit updated settlement conference statements by September 7, 2011.

IT IS SO ORDERED.

Dated: August 12, 2011

_____
LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE