1  GALIA A. PHILLIPS - #250551
   1300 Clay Street, Suite 600
2  Oakland, CA 94612
   Telephone: (415) 269-4553
3  Facsimile: (510) 464-8001

4  Attorney for Defendant
   HUAMIN WU MEI

5

6

7                    UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9                      SAN FRANCISCO DIVISION

10

11  UNITED STATES OF AMERICA,          Case No. 3:10-cr 00565 -7 (EJL)

12                      Plaintiff,
                                       STIPULATION AND [PROPOSED] ORDER
13    v.                               MODIFYING CONDITIONS OF RELEASE

14  HUAMIN WU MEI,

15                      Defendant.

16

17

18                    I.      STIPULATION
19
        Defendant Huamin Wu Mei ("Mei") would like to travel outside the Northern District of
20
    California in order to vacation in Reno, Nevada with her husband from January 27, 2012 to
21
    January 30, 2012.  Assistant United States Attorney Deborah Douglas does not object.  The
22
    parties therefore agree that the bond conditions for Mei should be modified as follows:
23
        Defendant Huamin Mei may not travel outside the Northern District of California except
24
    from January 27, 2012 to January 30, 2012 when she may travel to the District of Nevada.
25
        It is so stipulated.
26

27

28

─────────────────────────────────────────────────────────
          STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE
                         CASE NO. 3:10-cr 00565-JSW

495929.01

1

2   Dated:  January 5, 2012

3

4                                                              By: /s/_____
                                                                    GALIA A. PHILLIPS
5                                                                   Attorney for Defendant
                                                                    HUAMIN WU MEI
6   Dated:  January 5, 2012

7

8                                                              By: /s/_____
                                                                    DEBORAH DOUGLAS
9                                                                   Assistant United States Attorney

10

11                              II.    ORDER

12          GOOD CAUSE APPPEARING, the defendant's conditions of release are modified as

13   follows: Defendant Huamin Mei may not travel outside the Northern District of California

14   except from January 27, 2012 to January 30, 2012 when she may travel to the District of Nevada

15          In all other respects, this Court's previous orders setting conditions of release remains in

16   full force and effect.

17          IT IS SO ORDERED.

18          Dated:  Jan 10 2012              _____
                                                          ELIZABETH D. LAPORTE
19                                                        UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

495929.01            STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE
                                   CASE NO. 3:10-cr 00565-JSW